# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugene Robinson-Morris,<br><br>            Plaintiff,<br><br>v.<br><br>I.C. System Incorporated, et al.,<br><br>            Defendants. | NO. CV-20-01684-PHX-DWL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 23, 2020, judgment is hereby entered and this case is dismissed.

                                   Debra D. Lucas
                                   District Court Executive/Clerk of Court

February 4, 2021

                          By   s/ S. Strong
                               Deputy Clerk